**In re the Marriage of Donna Gail Grindstaff KILLIAN, Petitioner/Appellant,**

v.

**Donald Bruce GRINDSTAFF, Respondent/Respondent.**

No. 60574.

Missouri Court of Appeals, Eastern District, Division One.

April 21, 1992.

Gary Albert Kamp, Marble Hill, for petitioner, appellant.

William Gerald Reeves, Farmington, for respondent, respondent.

ORDER

PER CURIAM.

Mother appeals after the trial court ordered a modification of the child support provision of a dissolution decree as they relate to the medical and dental provisions. We affirm. The judgment of the trial court is supported by substantial evidence and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).